UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET NO.  10-cv-30036-MAP

| | |
|---|---|
| DALILA SANTIAGO | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| LITTON LOAN SERVICING LP and DEUTSCHE BANK NATIONAL TRUST COMPANY, TRUSTEE FOR REGISTERED HOLDERS OF CBA COMMERICAL ASSETS SMALL BALANCE COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATE SERIES 2006-1 | ) ) ) ) ) ) |
| | ) |
| Defendants | ) |

## DALILA SANTIAGO'S MOTION TO REMAND CASE TO STATE COURT

Dalila Santiago hereby moves this Court to remand this case to the Commonwealth of Massachusetts Housing Court, Western Division ("Housing Court"). The defendants have asserted federal diversity jurisdiction, and, as a result, this case was removed from the Housing Court to the U.S. District Court.

Ms. Santiago seeks a remand because there is not sufficient evidence upon which the defendants may rely to prove to this court that the amount in controversy of Ms. Santiago's claims is over $75,000.  The case should not have been removed by the defendants as a result, and should now be remanded.  Ms. Santiago submits the accompanying Memorandum and Affidavit of Joel Feldman in support of this motion to remand.

WHEREFORE, Ms. Santiago requests that this court remand this case to the Commonwealth of Massachusetts Housing Court, Western Division and order the payment of just costs, including attorney's fees, under 28 U.S.C. § 1147(c).

### REQUEST FOR ORAL ARGUMENT

Ms. Santiago respectfully requests that oral argument be scheduled for this motion. Ms. Santiago believes that such argument will assist the Court.

                        DALILA SANTIAGO
                        By her attorney,

| | |
|---|---|
| I hereby certify that a | /s/ Joel Feldman |
| true copy of the above | Joel Feldman |
| document was served upon | BBO # 552963 |
| counsel of record | Heisler, Feldman, |
| by mail | McCormick & Garrow, P.C. |
| | 1145 Main Street, Suite 508 |
| _____. | Springfield MA  01103 |
| | (413)788-7988 |
| _____ | (413)788-7996 (fax) |

Dated:_____

## CERTIFICATION PURSUANT TO LOCAL RULES 7.1

I certify that I have attempted in good faith to resolve or narrow the issues raised in this motion by talking to opposing counsel by telephone on February 19, 2010 but was unable to resolve this motion.

Date:   February 25, 2010                    /s/ Joel Feldman
                                             Joel Feldman


## CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic File (NEF).

                                             /s/Joel Feldman
                                             Joel Feldman