UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DALILA SANTIAGO )<br>  Plaintiff )<br> )<br> V. )<br> )<br>LITTON LOAN SERVICING LP, ET AL., )<br>  Defendant ) | CIVIL ACTION<br><br>NO. 3:10-cv-30036-MAP |

ORDER ON MOTION

Michael A. Ponsor, D. J.

It is hereby ORDERED that the Motion to remand case to State Court (Dkt. No. 4) in the above-entitled action be and hereby is ALLOWED.

By the Court,

April 28, 2010  /s/ *Maurice G. Lindsay*
  Date  Maurice G. Lindsay
  Deputy Clerk

(Order On Motions (Closing Order).wpd - 3/18/03)